UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR75-R |
|---|---|---|
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| GARY KENNETH PROPST | ) | |

Leave of Court is hereby granted for the dismissal without prejudice of the charge in the Bill of Indictment.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: July 24, 2008

Lacy H. Thornburg
United States District Judge